FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Florida

2013 JAN 15 PM 12:37

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Nicholas Shawn Hill
    Plaintiff

vs.

W.E. Tate, Corban, John Doe(A)
John Doe(B), John Doe(C), John Doe (D),
Jane Doe(A), Jane Doe(B).
    Defendants
_____/

Verified
Civil Rights Complaint
Case No.: 3:13-CV-56-J-25 ~~JRK~~

99MMH JRK

INJUNCTIVE RELIEF SOUGHT, AND
DEMAND FOR JURY TRIAL

Plaintiff: Nicholas Shawn Hill
DC #: H16672
Prison: Florida State Prison
Address: 7819 N.W. 228th St.

# VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## I. Introduction

1. This is a 42 S. 1983 Action filed by Plaintiff Nicholas Shawn Hill, a State Prisoner, alleging a violation of his Constitutional rights to be free of patterns of cruel and unusual punishment at U.C.I.

## II. Previous Lawsuits

2.
1. Plaintiff: Nicholas S. Hill
2. Defendant: James A. McDonough
3. Court: Leon County, Second District
4. Judge: Charles A. Francis
5. Case N.: 2007-CA-994
6. Mandamus Challenging D.O.C.'s Computation of Sentence
7. Filed: 2007 Ended: 2008
8. Dismissed without prejudice, Cer.' Filed and Dis'.

3.
1. Plaintiff: Nicholas S. Hill
2. Defendant: Edwin G. Buss
3. Court: Leon County, Second District
4. Judge: Charles A. Francis
5. Case No.: 2008-CA-3854
6. Mandamus Challenging D.O.C.'s Computation of Sentence
7. Filed: 2008 Ended: 2010
8. Dismissed without prejudice, Cert' filed and dismissed as Moot.

4.
1. Plaintiff: Nicholas S. Hill
2. Defendant: State of Florida
3. Court: Southern District of Florida
4. Judge: Jose E. Martinez
5. Case No.: 2:08-CV-14067-JEM
6. Habeas Corpus challenging the above statutory sentence
7. Filed: 2-29-2008 Ended: 10-14-2008
8. Dismissed

5.
1. Plaintiff: Nicholas S. Hill
2. Defendants: Brad Whitehead. et. al.
3. Court: Middle District of Florida
4. Judge: MMH
5. Case No.: 3:12-CV-958-J-99-MMH-JBT
6. 42 § 1983 brought about because I was jumped on at Fla. State Prison and denied Due Process.
7. Filed: August 27, 2012.
8. Pending.

6.
1. Plaintiff: Nicholas S. Hill
2. Defendants: Kenneth S. Tucker, et at.
3. Court: Eighth Circuit, Bradford County
4. Judge:_____
5. Case No.: 04-2012-CA-649
6. Writ of Mandamus challenging a D.R.
7. Filed: December, 2012
8. Pending.

### III. PARTIES

A.      Plaintiff: Nicholas Shawn
        DC #: H16672
        Address: 7819 N.W. 228th St.
                Raiford, Florida 32026
        Prison: Florida State Prison

B.     Defendant: W.E. Tate
Address: 7819 N.W. 228th St.
         Raiford, Florida 32026
Position: Correctional Sergeant
Employed at: Union Correctional Institution

C.     Defendant: Corban
Address: 7819 N.W. 228th St.
         Raiford, Florida 32026
Position: Nurse
Employed at: Union Correctional Institution

D.     Defendant: John Doe (A)
Address: 7819 N.W. 228th St.
         Raiford, Florida 32026
Position: Correctional Officer
Employed: Union Correctional Institution

E.     Defendant: John Doe (B)
Address: 7819 N.W. 228th St.
         Raiford, Florida 32026
Position: Correctional Officer
Employed: Union Correctional Institution

F.     Defendant: John Doe (C)
Address: 7819 N.W. 228th St.
         Raiford, Florida 32026
Position: Captain
Employed: Union Correctional Institution

G.     Defendant: John Doe (D)
Address: 7819 N.W. 228th St.
         Raiford, Florida 32026
Position: Correctional Officer
Employed: Union Correctional Institution

H.  Defendant: Jane Doe (A)
    Address: 7819 N.W. 228th St.
             Raiford, Florida 32026
    Position: Nurse
    Employed: Union Correctional Institution

I.  Defendant: Jane Doe (B)
    Address: 7819 N.W. 228th St.
             Raiford, Florida 32026
    Position: Nurse
    Employed: Union Correctional Institution

## IV. EXHAUSTION OF REMEDIES

I have exhausted all available remedies. Exhibit A

## V. STATEMENT OF CLAIMS

1. John Doe (A), John Doe (B), John Doe (C) conspired to and did violate my right to be free of cruel and unusual punishment under the Eighth Amendment of the U.S. Const. And Art. 1 Sec. 17 of the Fla. Const. By maliciously and sadistically beating in full restraints at U.C.I. as I was being admitted to SHOS.

2. W.E. Tate, Corban, John Doe (D), John Doe (A), Jane Doe (B) conspired to and did violated my right to be free of Cruel and Unusual punishment under the Eighth Amendment of the U.S. Const. And Art. 1 Sec. 17 of the Fla. Const. By being deliberately indifferent after being maliciously beat and did not report it.

5

## VI. STATEMENT OF FACTS

1. March 15, 2012 I declared a psychological emergency at Florida State Prison (F.S.P.) and was transferred to Union Correctional Institution (U.C.I) to be admitted to self harming observation status (SHOS) at approximately 7 p.m.

2. While at U.C.I. I was in full restraints; i.e. Handcuffs, back box, waist chain and shackles at all times.

3. During the medical intake exam being done by Nurse Corban with Jane Doe (A), Jane Doe (B), John Doe (A), Sgt. W.E. Tate where present while Sgt. W.E. Tate was looking in my institutional file and noticed I was in prison for Lewd or Lascivious Battery and stated, "You like'm young huh?" then turned to John Doe (A) and said, "Check this out." John Doe (A) turned to me and stated, "Don't worry we got something for you."

4. While the above was happening at the same time nurse Corban asked if I needed to see the Doctor for anything and stated no. She had me sign a blank Medical Refusal Form, I signed it, she filled in the blank. "Post use of force", and had Sgt. W.E. Tate to sign it as a witness. At this point and time no use of force had occurred.

5. The intake exam was over and escorted to the holding cell located in a bathroom 25-30 away by John Doe (A). Inmate Clatton who was transferred

with me was taken out to do his intake. When they brought him back it was count time approximately 8 p.m.

6. Count cleared at approximately 8:15-8:30 p.m. and inmate Clatton was taken out the holding cell in front of me and taken to the hallway outside the door. This is when John Doe (B) stepped inside and asked what I was in prison for and I replied, "V.O.P. on an L+L." John Doe (B) then maliciously and sadistically hit me with opened palms to the chest, back, arms and kicked me in my right thigh.

7. John Doe (B) stopped and John Doe (A) stepped in. John Doe (A) maliciously and sadistically hit me in my chest, arms and back with open palms while John Doe (B) rotated me around and kneeing my sides.

8. John Doe (A) and John Doe (B) stopped and John Doe (C) stepped in and asked. "Are my officers picking on you?," I said, "Yes, Sir." Then John Doe (A) hit me in the chest with a closed fist that knocked the air out of me. John Doe (C) asked again if his officers were picking on me and when I didn't reply he stated. "Sun, if you don't answer me I'm going to kick you in your fuckin face." I didn't reply and John Doe (C) maliciously and sadistically kicked me in the groin with such force it made my legs buckle, drop to my knees and saw white flashes of light bordering to faint. John Doe (C) asked me again if his officers were picking on me to which this time I answered,

"No". He then asked why I was having trouble breathing and I said, "chest pains." John Doe (C) turned to John Doe (A) and said, "See they learn quick don't they."

9. I was then escorted out into the hall where John Doe (A), John Doe (B), Sgt. W.E. Tate, John Doe (D) and inmate Clatton. We were escorted as I was in front with John Doe (A) flicking my ear and poking the side of my head stating, "We don't have camera's like F.S.P." Then I was maliciously and sadistically kicked from an unknown officer to be made fell down a flight of stairs but righted myself before it happened.

10. As a result of John Doe (A), John Doe (B), John Doe (C) I suffered erectile dysfunction, sore esophagus making it painful to swallow anything for a week and sustained bruises to my chest, arms and right thigh with swollen wrists. For about a week, and contributed to renal failure in June, 2012 and urinary incontinence.

11. As a result of the actions by John Doe (A), John Doe (B), John Doe (C) and the omissions of Sgt. W.E. Tate, Nurse Corban, Jane Doe (A), John Doe (D) and Jane Doe (B) I am high strung increasing my anxiety, depression and created acute PTSD.

## VII. RELIEF SOUGHT

Wherefore, I request this Court to grant the following:

1. Declare Defendant John Doe (A), John Doe (B) and John Doe (C) violated my right to be free of cruel and unusual punishment by conspiring to and did partake in the malicious beating;

2. Declare Defendants John Doe (D), Sgt. W.E. Tate, Nurse Corban, Jane Doe (A) and Jane Doe (B) violated my right to be free of cruel and unusual punishment by conspiring and being deliberately indifferent when they refused to intervene and after seek medical attention;

3. Make F.D.O.C. seal my institutional file upon transfers and only have my face sheet visible on the outside for identification purposes only;

4. Make U.C.I. install cameras inside and out of R-Dorm;

5. Award compensatory damages for my physical and emotional injuries, punitive damages, nominal damages and costs of litigation;

6. Jury Trial;

7. And anything else this court deems I am entitled to.

Respectfully Submitted

_N. [signature]_

## VIII. VERIFICATION AND CERTIFICATE OF MAILING

I understand that any false statements of material facts contained herein may serve as a basis for prosecution and conviction for perjury or making false statements. 28 U.S.C. 1746.

_N. Nicholas Hill_

State of Florida
County of Bradford

The foregoing was sworn to and subscribed before me by Nicholas S. Hill who produced institutional I.D. as identification and was accepted by me for U.S. Mailing to: U.S. District Court, 300 N. Hogan St., Ste. 9-150, Jacksonville, Fla. 32202-4271 on this 10th day of January, 2013.

Notary Randall R. Chism

RANDALL R. CHISM
MY COMMISSION # EE 082563
EXPIRES: February 8, 2015
Bonded Thru Budget Notary Services

Expiration of Commission

# EXHIBIT "A"

**PART B - RESPONSE**

| HILL, NICHOLAS | H16672 | 1203-205-341 | FLORIDA STATE PRISON | I1207S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

This issue was previously reported to the office of the Inspector General for appropriate review and disposition. If the allegations are substantiated, appropriate action will be administered by the Office of the Inspector General.

As this issue was previously reported, your grievance is denied.

You have fifteen days to appeal this decision to:

Florida Department of Corrections
Bureau of Inmate Grievance Appeals
501 South Calhoun Street
Tallahassee, FL 32399-2500

K. Adams

K. Adamo
SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

4/9/12
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding



MAILED
APR 2 7 2012
FSP GRIEVANCE OFFICE

After 3501b hit me in my chest one good time to take the air out of me, The Captain asked, "now let me ask this again. Are my officers pickin on you." this time I said, "no sir" then asked, "why are you not breathing that good." I didn't answer so he kicked me in the groin - in which my left testical still hurts. He asked his question again and after recovering and recouping stated, "chest pains" He left and Clatton and I were escorted to T-Dorm. While in the Hallway an officer kicked me trying to make me fall and someone behind me stepped on my shackle to get me to fall.

    I want this looked into and thouroshly investigated. And cameras to be placed in all blind spots at UCI including R dorm where no cameras are located.

page 2 of 2

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| HILL, NICHOLAS | H16672 | 12-6-14799 | FLORIDA STATE PRISON | I1207S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

10A (PHYSICAL ABUSE    (COMPLNTS))

| 5/4/12 | 12-6-14799 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**   1309

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other | Inmate Bank or Mail Room |

| FROM: | Inmate Name: Hill, Nicholas | DC Number: H16672 | Quarters: E1301 | Job Assignment: | Date: 12-18-12 |

### REQUEST

Check here if this is an informal grievance ☐

I need Some one to fill in this For my Affidavit of indegncy to the Courts.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

### RESPONSE

DATE RECEIVED: _____

See attached.

[stamp: INMATE TRUST FUND 12 DEC 27 AM 9:20]

[The following pertains to informal grievances only:
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature]   Date: 12/27/12

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective )

Incorporated by Reference in Rule 33-103.019, F.A.C.

## DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From: __Hill__, __Nicholas__ __S.__  __H16672__  __FSP__
   Last    First    Middle Initial   Number    Institution

### Part A – Inmate Grievance

While at UCI I was Jumped on and threatened by several staff. On 3-15-12 on 3rd shift I was being admitted into SHOS at UCI, Sgt W.E. TATE was looking into my inmate file and saw what my charges were. He then turned toward an Approx. 6'2", 350 lb white male to show him. He read off my DR history and stated, "I got something for you". The nurse doing the intake had me sign a Blank Medical refusal form and I saw her write at the top, "Post Use of Force treatment". At this point no use of force was used. I was placed in a Holding cell 25-30 ft away. After Sundown Count was clear inmate Clatton, The other inmate transfered with me, was pulled from the Holding cell inside the Hallway. A short white c/o clean shaven w/ Chrome Oval Eye Glasses opened the door and asked what I was in prison for. I told him V.O.P. and he punched me in my chest and Back several times and also need me in the Stomach. The 6'2" 350 lb c/o came in and said, "what's wrong". He walked up to me and stated that I was a child molester hit me in my chest while the other hit me in my side, kicked me, etc. A Captian w/ a mild Beard walked in and asked, "Are my officers picking on you?" I answered "yes sir" and the shipert one commenced to hitting me.

page 1 of 2

__3-21-12__   __Nicholas Hill H16622__
DATE     SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: __1__
   __Signature__

1203-205-341    SEE ATTACHED
   INSTRUCTIONS RESPONSE

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.