United States District Court
Middle District of Florida
Jacksonville Division

FILED
2013 AUG 12 PM 12:52
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Nicholas Shawn Hill,
Plaintiff,

vs.

Case No. 3:13-CV-56-J-99-MMH-JRK

W. E. Tate, et al.,
Defendants,

## Plaintiff's Response To Defendant's Objections

I, plaintiff, pro se, Nicholas S. Hill, respond to the objections made by defendate Tate stating, That the objections made on the 31st day of July, 2013 are moot. That request was made in relation to another case[1] pending in this court where Mr. Johnson is counsel for defendants as well.

In Regards toward defendant's objections made on the 29th day of July, 2013 I ask only the age of the person in refrence on March 15, 2012 in place of the birth date. All other objection No.'s 1,2,3,4,5,6,7,8,9,10,13, are resonable.

However, No. 12 is not overbroad or outside of the context of this action brought before this court See my Amended Complaint where I indicate the beating accured right after count cleared. Every prison has a record of when count is called and cleared. Thus, I would be able to supply a

---

1. Hill v. Whitehead, et al., Case No. 3:12-CV-958-J-99-MMH-JBT

(1)

time that is more precise. I provided the dates, specified the prison and time range requested. Count is conducted at least in four hour intervals starting from the time the last count cleared. This is not a security threat because the prison periodicly conducts spontanious counts including master roster counts where the inmate has to say their name and DC#.

As to the Response to request No.'s 15 and 16, it is my understanding inmates are not allowed to review their mental health records. That is why I requested them. Ch. 33-601.901, F.A.C. not only that, but are only allowed 15 minutes to review the file. Not enough time means I have to keep requesting call-outs which is burdensome not only on security but Ms. Davis who works medical record that has to flip through my file and watch me review my records. Not to mention we are not allowed to bring pens and paper when exiting our cells. So I have no means to make notes. The defendant has to obtain my medical and mental health records anyway due to my complaints of physical and mental injuries.

Respectfully,

/s/ Nicholas Hill

## Certificate of Service

I certify a true and correct copy of the forgoing was hand delivered to prison staff to be U.S. mailed to: Daniel A. Johnson, Ass't Att'n General, The Capital, Ste. PL-01, Tallahassee, Fla. 32399-1050 on this 8th day of August, 2013.

Respectfully Submitted,

/s/ Nicholas Hill
Nicholas Hill, DC No. H16672
Florida State Prison
7819 NW 228th St.
Raiford, Fl 32026

(2)