UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NICHOLAS SHAWN HILL,

    Plaintiff,

v.                    Case No. 3:13-cv-56-J-39JRK

WILLIAM E. TATE, et al.,

    Defendants.

**ORDER**

Plaintiff's Motion to Compel (Doc. 86) is **DENIED as moot**. See Defendants' Response to Plaintiff's Motion to Compel Discovery (Doc. 87).

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of February, 2015.

*/s/ James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

sa 2/2
c:
Nicholas Shawn Hill
Counsel of Record